UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | File No. 22-CR-00091-1 (JMB/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Travon Lavelle Blackman, | |
| Defendant. | |

This matter is before the Court on Defendant Travon Lavelle Blackman's pro se Motion to Reconsider. (Doc. No. 86.) In his motion, Blackman asks the Court to reconsider its November 21, 2024 Order denying his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. (Doc. No. 84.) The Court has reviewed Blackman's motion to reconsider. The Court concludes that it has already thoroughly considered all arguments raised. Blackman provides no new or persuasive reason for the Court to reconsider its previous decision denying his section 2255 motion.

Therefore, based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT: Defendant Travon Lavelle Blackman's Motion to Vacate, Set Aside, or Correct Sentence (Doc. No. 73) is DENIED.

Dated:  December 27, 2024                          /s/ *Jeffrey M. Bryan*
                                                                                Judge Jeffrey M. Bryan
                                                                                United States District Court

1